**Order entered October 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01019-CV

### FEYSAL AYATI-GHAFFARI AND IRANA HAGNAZARI, Appellants

### V.

### HAZAWIPERI JACKIE GUMBODETE AND JOSE ANAYA, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04867-2012**

## ORDER

Before the Court is appellant Feysal Ayati-Ghaffari's October 12, 2015 "Second Appellant's $0.damages&$0.claim [sic] Motion to Recall & Correct the Null & Void all-Jugments of 7/23/2015 and Mandate of 10/5/2015." After due consideration, that motion is denied.

s/     DOUGLAS S. LANG
          JUSTICE